V I R G I N I A :

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRANCIS A. FINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.3:11CV233 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

THE CLERK will please note the appearance of Thomas R. Breeden, Esquire as co-counsel for the Plaintiff in this matter.

Francis A. Finn<br>
By Counsel

_____/s/_____
Thomas R. Breeden, Esq. (VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Leonard Bennett, Esq.
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

_____/s/_____
Thomas R. Breeden, Esquire
(VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*