IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FRANCIS A. FINN,**

      **Plaintiff,**

v.    Civil Action No.: 3:11-CV-233

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.***,**

      **Defendants.**

### NOTICE OF STATEMENT RESPECTING CONSENT

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, hereby provides notice, as directed by the Court's Order of July 1, 2011 [Docket No. 15], that: (1) counsel for Experian has conferred with Experian and with counsel for the other remaining parties to determine whether all parties will consent to the assignment of the case to a Magistrate Judge as the presiding judicial officer for this case; and (2) Experian gives its consent to proceed before a Magistrate Judge in this action.

           **EXPERIAN INFORMATION SOLUTIONS, INC.**

           By: /s/David N. Anthony
              David N. Anthony
              Virginia State Bar No. 31696
              *Attorney for Defendant*
              *Experian Information Solutions, Inc.*
              TROUTMAN SANDERS LLP
              1001 Haxall Point
              Richmond, Virginia  23219
              Telephone:  (804) 697â5410
              Facsimile:  (804) 698-5118
              Email:  david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

    Susan M Rotkis
    Consumer Litigation Assoc. PC
    12515 Warwick Blvd Ste 100
    Newport News, VA 23606
    Telephone: 757.930.3660
    Facsimile: 757.930.3662
    Email: srotkis@clalegal.com
    *Attorney for Plaintiff*

    Leonard Anthony Bennett
    Consumer Litigation Assoc. PC
    12515 Warwick Blvd Ste 100
    Newport News, VA 23606
    Telephone: 757.930.3662
    Email: lenbennett@cox.net
    *Attorney for Plaintiff*

    Thomas Ray Breeden
    10326 Lomond Dr.
    Manassas, VA 20109
    Telephone: 703-361-9277
    Facsimile: 703.257.2259
    Email: trb@tbreedenlaw.com
    *Attorney for Plaintiff*

    John Willard Montgomery, Jr.
    Montgomery & Simpson, LLLP
    2116 Dabney Road, Suite A-1
    Richmond, VA  23230
    Telephone: 804-355-8744
    Email: jmontgomery@jwm-law.com
    *Attorney for Equifax Information Services, LLC*

        Michael Robert Ward
        Morris & Morris PC
        700 East Main Street, Suite 1100
        PO Box 30
        Richmond, VA  23218
        Telephone: 804-344-8300
        Facsimile: 804-698-5118
        Email:  mward@morrismorris.com
        *Attorney for Trans Union, LLC*


        /s/David N. Anthony
        David N. Anthony
        Virginia State Bar No. 31696
        *Attorney for Defendant*
        *Experian Information Solutions, Inc.*
        Troutman Sanders LLP
        1001 Haxall Point
        Richmond, Virginia  23219
        Telephone:  (804) 697â5410
        Facsimile:  (804) 698-5118
        Email: david.anthony@troutmansanders.com

2068184v1