IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANCIS A. FINN,

    Plaintiff,

v.                                 Civil Action No.: 3:11-CV-233-REP

EQUIFAX INFORMATION SERVICES,
LLC, *et al.,*

    Defendants.

## JOINT MOTION TO APPOINT A SETTLEMENT JUDGE
## FOR SCHEDULING OF A SETTLEMENT CONFERENCE

Plaintiff, Francis A. Finn ("Finn"), and Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, hereby jointly move for the appointment of a United States Magistrate Judge to serve as the settlement judge and to schedule a settlement conference in this case. In support, Finn and Experian state as follows:

In its Scheduling Order dated June 24, 2011, the Court ordered that the parties "meet in person with the undersigned district judge or, if directed, another district or magistrate judge to discuss settlement" no later than August 12, 2011. [Docket No. 14, at ¶ 3]. Plaintiff has settled his claims with Defendants, Equifax Information Services, LLC and Trans Union, LLC. Finn and Experian hereby request that the Court appoint a United States Magistrate Judge to conduct a settlement conference in this case. Finn and Experian remain willing to meet with the appointed Magistrate Judge to discuss settlement or at such other time as may be ordered. A proposed order is attached hereto as Exhibit 1.

WHEREFORE, Plaintiff, Francis A. Finn and Defendant, Experian Information Solutions, Inc., by counsel, respectfully request that the Court enter an Order: (1) granting their Joint

2068983v1

Motion to Appoint a Settlement Judge for Scheduling a Settlement Conference; (2) appointing a United States Magistrate Judge to be the settlement judge in this case; and (3) awarding them such further relief as the Court deems appropriate.

| | |
|---|---|
| /s/Leonard A. Bennett | /s/David N. Anthony |
| Leonard A. Bennett | David N. Anthony |
| Virginia State Bar No. 37523 | Virginia State Bar No. 31696 |
| Consumer Litigation Assoc. PC | Troutman Sanders LLP |
| *Counsel for Plaintiff* | *Counsel for Experian Information Solutions, Inc.* |
| 12515 Warwick Blvd., Ste 100 | 1001 Haxall Point |
| Newport News, VA 23606 | Richmond, VA 23219 |
| Telephone: 757-930-3662 | Telephone: 804-697-5410 |
| Facsimile: 757-960-3662 | Facsimile: 804-698-5118 |
| Email: lenbennett@cox.net | Email: david.anthony@troutmansanders.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Susan M Rotkis
>Consumer Litigation Assoc. PC
>12515 Warwick Blvd., Ste 100
>Newport News, VA 23606
>Telephone: 757.930.3660
>Facsimile: 757.930.3662
>Email: srotkis@clalegal.com
>*Attorney for Plaintiff*
>
>Leonard Anthony Bennett
>Consumer Litigation Assoc PC
>12515 Warwick Blvd., Suite 100
>Newport News, VA 23606
>Telephone: 757-930-3660
>Fax: 757-930-3662
>Email: lenbennett@cox.net
>*Attorney for Plaintiff*
>
>Thomas Ray Breeden
>10326 Lomond Dr.
>Manassas, VA 20109
>Telephone: 703-361-9277
>Facsimile: 703.257.2259
>Email: trb@tbreedenlaw.com
>*Attorney for Plaintiff*
>
>John Willard Montgomery, Jr.
>Montgomery & Simpson, LLLP
>2116 Dabney Road, Suite A-1
>Richmond, VA 23230
>Telephone: 804-355-8744
>Email: jmontgomery@jwm-law.com
>*Attorney for Defendant Equifax Information Services, LLC*

Michael Robert Ward
Morris & Morris PC
700 East Main Street, Suite 1100
PO Box 30
Richmond, VA 23218
Telephone: 804-344-8300
Facsimile: 804-698-5118
Email: mward@morrismorris.com
*Attorney for Defendant Trans Union, LLC*


       /s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant*
*Experian Information Solutions, Inc.*
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

4